IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3092-4 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES M. CRAWFORD, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the proceedings in open court this day on the Petition for Offender under Supervision, filing 179,

IT IS ORDERED:

1. The revocation hearing before the Honorable Richard G. Kopf is set for September 20, 2005 at 1:00 p.m.

2. Between now and the revocation hearing, defendant is released under the same conditions plus the following additional conditions:

   (a) Defendant must establish a new address:

   3300 Huntington Avenue, #18
   Lincoln, Nebraska

   (b) Defendant shall register within five days as a sex offender as required by state law.

DATED this 2nd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge