IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3092 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES M. CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's oral motion to continue revocation hearing is granted;

(2)   Defendant Crawford's revocation hearing is continued to **3:30 p.m.** on Tuesday, September 20, 2005, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

September 14, 2005.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge