IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3092-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JAMES M. CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

I have received the report from the U.S. Medical Center that I requested. It indicates that the defendant is competent to proceed. Therefore,

IT IS ORDERED that:

(1) The report, which is attached, shall be filed under seal but provided to counsel of record.

(2) This matter is scheduled for a determination of competency followed by an adjudication and disposition hearing, if appropriate, on Tuesday, March 14, 2006, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. The defendant shall be present.

February 16, 2006.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge