THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3092 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JAMES CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, who is presently detained at the Saline County Jail, has filed a Motion to Amend Terms of Detention and Proposed Plan of Release (filing 197) requesting that the defendant be housed at the House of New Life, a facility focused on rehabilitation of persons convicted of sex offenses. Defense counsel represents that federal probation officer Drew Cromwell supports the defendant's placement at the House of New Life. I shall grant the defendant's motion.

IT IS ORDERED:

1. The defendant's Motion to Amend Terms of Detention and Proposed Plan of Release (filing 197) is granted;

2. The defendant shall comply with the terms set forth in the defendant's motion;

3. The United States Marshal shall release custody of the defendant to the House of New Life, 4505 Holdrege Street, Lincoln, Nebraska 68503 (telephone: 402-466-6080).

March 21, 2006.

                                              BY THE COURT:
                                              s/ *Richard G. Kopf*
                                              United States District Judge