IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3092-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JAMES M. CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has not yet been required to admit or deny the pending petition for revocation of supervised release. He has been released pursuant to order setting conditions of release, and a status conference was set for May 16, 2006. (Filing 196-198.)

At the status conference, it was determined that this matter should be continued for another status conference on June 28, 2006 to gauge the defendant's continued performance while on release. At that time, the court should also set a schedule to resolve the merits of the petition that are unrelated to the law violation having to do with the failure to register as a sex offender. Therefore,

IT IS ORDERED that my judicial assistant shall arrange a telephone conference with counsel and the probation officer at 12:45 PM on Wednesday, June 28, 2006 to discuss (1) the status of this case and (2) to set a hearing date to determine the merits of all allegations of the petition except the failure to register allegation.

May 16, 2006.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge