IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3092-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JAMES M. CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

I held a status conference today with counsel and the Probation Officers. It appears that the matter is now ripe for resolution. Mr. Cromwell informed me that it was unlikely that Mr. Crawford would be charged with failing to register as a sex offender. Should I not revoke the conditions of supervised release, Mr. Cromwell suggested that I add an additional special condition to the conditions of supervised release to require that Mr. Crawford attend as directed the cognitive thinking group (M.R.T.) conducted by the Probation Office. Therefore,

IT IS ORDERED that:

(1) This matter is set for an adjudication and disposition hearing on Monday, July 10, 2006, at 1:00 p.m. Mr. Crawford is ordered to appear at that time.

(2) Mr. Cromwell may appear by telephone but he should notify Colleen Beran, my courtroom deputy, of the number where he may be reached.

June 28, 2006.                              BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge