IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3092-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JAMES M. CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

On July 10, 2006, a dispositional hearing was held. The United States was represented by David Stempson, Assistant United States Attorney. The defendant was present and represented by Denise Frost. Upon accepting the defendant's admission to allegations 2 and 4 that he violated Standard Conditions 2 and 7 of his conditions of supervision, the Court found that the defendant did violate the terms and conditions of supervised release as alleged in the Report on Offender Under Supervision (filing 179).

IT IS ORDERED that defendant's supervised release is not revoked and is continued on the same terms and conditions contained in the Amended Judgment and Commitment Order filed on September 30, 2003. In addition, the following special condition will be added:

1. Defendant shall be required to attend as directed by the probation officer the Cognitive Thinking Group referred to as MRT conducted by the probation officer.

All other terms and conditions of supervision, both general and special, shall remain the same.

DATED: July 11, 2006.

BY THE COURT:

*s/ Richard G. Kopf*

United States District Judge