IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,           )
                                    )          4:01CR3092
                  Plaintiff,        )
                                    )
     vs.                            )          ORDER
                                    )
JAMES M. CRAWFORD,                  )
                                    )
                  Defendant.        )


     IT IS ORDERED that a revocation hearing is set to commence at

**12:30 p.m. on May 15, 2007** before the Hon. Richard G. Kopf, United

States District Judge, in Courtroom #1, United States Courthouse,

Lincoln, Nebraska.


     Dated:  March 15, 2007.


                    BY THE COURT


                    s/ David L. Piester
                    _____
                    David L. Piester
                    United States Magistrate Judge