IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:01CR3092 |
| JAMES CRAWFORD, ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 213, now set for May 15, 2007, at 12:30 p.m. until a date certain in approximately 30 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 18th day of June, 2007, at 1:00 p.m. The defendant is ordered to appear at such time.

May 14, 2007.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge