IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3092 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES M. CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call with counsel was held.

IT IS ORDERED that the defendant's motion to review detention and request for hearing (filing 215) is denied.

May 18, 2007.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge