IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3092-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES M. CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from the defendant.

IT IS ORDERED that:

(1)   The Clerk of Court shall file Mr. Crawford's letter, which is attached hereto, in the court file.

(2)   Treated as a motion, it is denied.

(3)   The Clerk of Court shall provide a copy of this order to the defendant at his last known address.  The Clerk shall also provide a copy of this order and the defendant's letter to counsel of record.

March 10, 2008.                              BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge